DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARWIN KEITH BUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>          Plaintiff, </br></br>     v. </br></br> DARWIN KEITH BUSH, </br></br>          Defendant. </br> _____ | No. Cr. F 01-5137 AWI </br></br> **STIPULATION ANDORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** </br></br> **RETROACTIVE CRACK COCAINE REDUCTION CASE** |

   Defendant, DARWIN KEITH BUSH, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kevin P. Rooney, hereby stipulate as follows:

   1.   Mr. Bush filed a pro se motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) on April 24, 2008;

   2.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

   3.   The sentencing range applicable to Mr. Bush was subsequently

1  lowered by the United States Sentencing Commission in Amendment 706 by
2  two levels;
3       4.    Accordingly, Mr. Bush's adjusted offense level has been
4  reduced from 34 to 32, and a sentence at the low end of the new
5  guideline range would be 210 months;
6       5.    Accordingly, the parties request the court enter the order
7  lodged herewith reducing Mr. Bush's term of imprisonment to a term of
8  210 months.
9  Dated:  June 12, 2008
10 Respectfully submitted,
11 McGREGOR SCOTT                       DANIEL J. BRODERICK
   United States Attorney               Federal Defender
12
13
    /s/  *Kevin P. Rooney*                /s/ *David M. Porter*
14 KEVIN P. ROONEY                      DAVID M. PORTER
   Assistant U.S. Attorney              Assistant Federal Defender
15
   Attorney for Plaintiff               Attorney for Movant
16 UNITED STATES OF AMERICA             DARWIN KEITH BUSH

17                              **ORDER**

18      This matter came before the Court on the pro se motion of the
19 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2)
20 filed April 24, 2008.  The matter was set for status conference on June
21 16, 2008, but in light of the stipulation between the parties, that
22 hearing is VACATED.
23      On May 3, 2004, this Court sentenced Mr. Bush to a term of
24 imprisonment of 262 months.  The parties agree, and the Court finds,
25 that Mr. Bush is entitled to the benefit of the retroactive amendment
26 reducing crack cocaine penalties, which reduces the applicable offense
27 level from 34 to 32.
28      IT IS HEREBY ORDERED that the term of imprisonment originally

STIPULATION and ORDER TO REDUCE SENTENCE

imposed is reduced to a term of 210 months.

    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

    Unless otherwise ordered, Mr. Bush shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:   June 13, 2008**          /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

STIPULATION and ORDER TO REDUCE SENTENCE
-3-