DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
DARWIN KEITH BUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. F 01-5137 AWI |
| Plaintiff, | ) | **REQUEST FOR APPOINTMENT OF COUNSEL; ORDER** |
| v. | ) | |
| DARWIN KEITH BUSH, | ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, DARWIN KEITH BUSH, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed April 24, 2008. Mr. Porter is familiar with the case and is willing to accept the appointment.

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines. Because Mr. Bush's substantial rights may be affected by

these criminal proceedings, he is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Mr. Bush requests the Court issue the order lodged herewith.

Dated:   June 12, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                  Federal Defender

                                    /s/ *David M. Porter*
                                  DAVID M. PORTER
                                  Assistant Federal Defender

                                  Seeking Appointment as Attorney for Movant
                                  DARWIN KEITH BUSH

### **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

IT IS SO ORDERED.

**Dated:   June 13, 2008**                    **/s/ Anthony W. Ishii**
                                                        UNITED STATES DISTRICT JUDGE

REQUEST TO APPOINT COUNSEL

-2-