# UNITED STATES DISTRICT COURT
для the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No: CR-F-01-5137-003-AWI |
|  | ) USM No: 60064-097 |
| Date of Previous Judgment: May 3, 2004 | ) David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.  X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  262  months **is reduced to**  210  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   34            Amended Offense Level:   32
Criminal History Category:   VI         Criminal History Category:   VI
Previous Guideline Range:   262  to  327  months    Amended Guideline Range:   210  to  262  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   May 3, 2004   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   June 16, 2008                                 /S/ ANTHONY W. ISHII
                                                              Judge's signature

Effective Date:                                          ANTHONY W. ISHII, DISTRICT JUDGE
       (if different from order date)                         Printed name and title