IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARWIN KEITH BUSH,<br><br>　　　　Defendant. | 1:01-CR-5137  AWI<br><br>**ORDER FOR RESPONSE FROM THE UNTIED STATES ON DEFENDANT'S REQUEST FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582** |

　　On May 3, 2004, following a guilty plea, Defendant was sentenced to 262 months imprisonment for violation of 21 U.S.C. § 841.

　　On June 16, 2008, following a stipulation between Plaintiff and Defendant, Defendant was resentenced pursuant to 18 U.S.C. § 3582(c)(2) to 210 months imprisonment.

　　On November 30, 2011, Defendant filed another motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).  After reviewing Defendant's motion, the Court finds it appropriate for the Plaintiff to file a response, and to give Defendant an opportunity to file a reply.

　　Accordingly, IT IS HEREBY ORDERED that:

1.　Plaintiff United States shall file a response to Defendant's motion for reduction of sentence within twenty-one (21) days of service of this order; and

2.　Defendant may file a reply to any response by the United States within twenty-one (21) days of service the response.

IT IS SO ORDERED.

Dated:  July 9, 2013　　　　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE