**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, DARWIN BUSH

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 01-CR-05137-NONE** |
| **Plaintiff,** | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |
| **v.** | |
| **DARWIN BUSH,** | |
| **Defendant.** | |

TO THE HONORABLE COURT:

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on November 18, 2020.

2. By this stipulation, Defendant now moves to continue the Status Conference until December 16, 2020 to allow the defense additional time to assess the case and review discovery.

\\\
\\\
\\\

1

IT IS SO STIPULATED.

Dated:  November 16, 2020.      Respectfully submitted,

                                NUTTALL & COLEMAN


                                By /s/ ROGER T. NUTTALL
                                   ROGER T. NUTTALL
                                   Attorneys for Defendant,
                                   DARWIN BUSH

Dated:  November 16, 2020.      McGregor W. Scott
                                United States Attorney


                                By /s/ KATHERINE SCHUH
                                   KATHERINE SCHUH
                                   Assistant U.S. Attorney

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Status Conference currently scheduled on November 18, 2020, at 2:00 p.m., is continued to **December 16, 2020, at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  __**November 16, 2020**__          __/s/ Erica P. Grosjean__
                                   UNITED STATES MAGISTRATE JUDGE

2